**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH MILLS, | No. CIV S-04-2217-DFL-CMK |
| Plaintiff, | |
| vs. | ORDER TO SHOW CAUSE |
| SAN JOAQUIN COUNTY, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's address of record is in French Camp, California. On November 4, 2004, however, an order served on plaintiff at this address was returned by the U.S. Post Office as undeliverable. Plaintiff has not filed a notice of change of address or otherwise informed the court and defendants of a new address as required by Eastern District of California Local Rule 83-183(b).

/ / /

/ / /

/ / /

/ / /

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in
2 writing, within 20 days of the date of service of this order, why this action should not be
3 dismissed for lack of prosecution and failure to comply with rules.  <u>See</u> Local Rule 11-110.  If the
4 French Camp address is no longer plaintiff's current address, plaintiff shall also file and serve,
5 simultaneous with his response to this order to show cause, a notice of change of address.
6 DATED:   September 21, 2005.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE